IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN THE MATTER OF:                                            CASE NO. 20-51985

CHAD MICHAEL ANDERS
AND LAUREN ROSE SAN MIGUEL

  DEBTORS                                                   CHAPTER 7

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

    Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Bell TAD and Guadalupe County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated:  December 9, 2020

                                                                         Respectfully submitted,

                                                                         MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                                         Attorneys for Claimants, Bell TAD, Guadalupe County

                                                                         */s/Tara LeDay*
                                                                         Tara LeDay
                                                                         State Bar Number 24106701
                                                                         P.O. Box 1269
                                                                         Round Rock, Texas 78680
                                                                         Telephone: (512) 323-3200
                                                                         Fax: (512) 323-3205
                                                                         Email: tleday@mvbalaw.com

CERTIFICATE OF SERVICE

    I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Chad Michael Anders and Lauren Rose San Miguel, 213 Little Wichita, Cibolo, Texas 78108 by First Class U.S. Mail, and to J. Todd Malaise, 909 NE Loop 410, Suite 300, San Antonio, Texas 78209; Johnny W Thomas, johnnywthomas.trusteblogs.com St Paul Square 1153 E Commerce, San Antonio, Texas 78205, and to those parties listed on the Court's Notice of Electronic Filing on December 9, 2020, by Electronic Notification.

                                                                 */s/Tara LeDay*
                                                                 Tara LeDay