UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHAD MICHAEL ANDERS and | § | CASE NO. 20-51985 |
| LAUREN ROSE SAN MIGUEL | § | |
| | § | |
| DEBTORS. | § | CHAPTER 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE of the appearance of Ryan P. Dunn of DUNN PLLC as counsel for ***PeopleFund***, creditor in the above referenced bankruptcy case, who requests notice, whether electronically or otherwise, of all matters "noticed" and copies of all pleadings in these proceedings pursuant to the provisions of Rules 2002, 3017(a) and 9010(b) of the Rules of Bankruptcy Procedure.

Notices should be sent to:

Ryan P. Dunn
DUNN PLLC
405 Main Street, Suite 836
Houston, TX 77002
Telephone: 713.904.3866
Facsimile: 713.583.6736
ryan@dunnpllc.com

Date: January 15, 2021

    Respectfully submitted,

    */s/ Ryan P. Dunn*
    Ryan P. Dunn
    Texas Bar No. 24056749
    DUNN PLLC
    405 Main Street, Suite 836
    Houston, TX 77002
    Telephone: 713.904.3866
    Facsimile: 713.583.6736
    ryan@dunnpllc.com

    COUNSEL FOR PEOPLEFUND

## CERTIFICATE OF SERVICE

I, Ryan Dunn, hereby certify that a true and correct copy of the above and foregoing *Notice of Appearance and Request for Service of Papers* has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this 15th day of January, 2021 and mailed by United States First Class Mail to any party listed below that is not registered.

                                                     */s/ Ryan P. Dunn*
                                                     Ryan P. Dunn

**DEBTORS** *(Via First Class Mail)*
Chad Michael Anders and Lauren Rose San Miguel
213 Little Wichita
Cibolo, Texas 78108

**DEBTORS' ATTORNEY** *(Via Electronic Service)*
J. Todd Malaise
909 NE Loop 410, Suite 300
San Antonio, Texas 78209

**TRUSTEE** *(Via Electronic Service)*
Johnny W Thomas
johnnywthomas.trusteblogs.com
St Paul Square 1153 E Commerce
San Antonio, Texas 78205